IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LOWER STATE TILE & MARBLE COMPANY and JOHN DIDONATO, individually & as President & Treasurer/Co-Chief Executive Officer of Lower State Tile & Marble Company,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 13-3299 |

## **ORDER**

**AND NOW**, this  10th   day of March, 2014, Plaintiffs having filed an Amended Complaint (Docket #6) that does not name former Defendant Marble Concepts LLC, and the Clerk's office having accordingly terminated Marble Concepts LLC as a Defendant in this matter, it is hereby **ORDERED** that Marble Concepts LLC's Motion to Dismiss for Lack of Jurisdiction (Docket #5) is **DENIED AS MOOT**.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey L. Schmehl, J.